UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM GHADIRI,<br><br>        Plaintiff,<br><br>   v.<br><br>FAT FISH, et al.,<br><br>        Defendants. | Case No. 20-cv-01798-KAW<br><br>**ORDER DENYING MOTION TO CHANGE DEADLINE WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 8 |

On March 16, 2020, Plaintiff Adam Ghadiri filed the instant case against Defendants Fat Fish, Fat Fish, Inc., Sang S. TR, and Sandra S. Nam TR. (Dkt. No. 1.) On July 14, 2020, Defendants Sandra S. Nam and Sang S. Nam filed a "Motion to Change Deadline for Filing from July 13, 2020 to August 10, 2020." (Dkt. No. 8.) Defendants, however, failed to identify what deadline they sought to change; instead, the motion states: "The Motion to change filing date is currently due on July 13, 2020."

The Court is unable to identify the deadline Defendants seek to change from either the motion or the docket. Accordingly, the Court DENIES the motion without prejudice. Defendants may refile a motion identifying the deadline they seek to change (*i.e.*, the deadline to file an answer, conduct a site inspection, request mediation, etc.).

Defendants may wish to seek assistance from the Federal Pro Bono Project's Help Desk—a free service for *pro se* litigants—by calling (415) 782-8982. There, they can receive assistance from a licensed attorney. Defendants may also wish to consult the Court's manual for use by *pro se* litigants. This manual, and other free information is available online at:

///

///

http://cand.uscourts.gov/proselitigants.

IT IS SO ORDERED.

Dated: July 21, 2020

_____
KANDIS A. WESTMORE
United States Magistrate Judge