1  Joseph Bakhos Esq,
   **State Bar Number: 327036**
2  17221 E. 17th St., Ste #F
3  Santa Ana, CA 92705
   Telephone: [714]-617-5868
4  Email Address: jbakhoslaw@yahoo.com
   **Attorney for plaintiff**
5

6

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10 | ADAM GHADIRI,                              | Case No.: 4:20-CV-01798-KAW
11 |                                             |
   |         Plaintiff,                          |
12 |                                             |
   | vs.                                         | **NOTICE OF SETTLEMENT**
13 |                                             |
14 | FAT FISH, a business entity; FAT FISH,      |
   | INC., a corporation; SANG S TR, a trust;    |
15 | SANDRA S NAM TR, a trust,                   |
16 |         Defendants                          |

17

18 **TO ALL PARTIES IN INTEREST:**

19    **NOTICE IS HEREBY GIVEN** that Plaintiff, ADAM GHADIRI, has reached a full and

20 comprehensive settlement of this civil action with mutual general releases.

21    The settlement has been reached involving the Plaintiff and the Defendants, FAT FISH, a
22
   business entity; FAT FISH, INC., a corporation; SANG S TR, a trust; SANDRA S NAM TR, a
23
24 trust.

25 //

26 //

27
                                              1
28
   **NOTICE OF SETTLEMENT**

The parties are awaiting final execution and signing of the settlement paperwork.

DATED: 8/7/2020

_____
Joseph Bakhos, Esq.
Attorney for Plaintiff

**NOTICE OF SETTLEMENT**