**Joseph Bakhos Esq,**
**State Bar Number: 327036**
17221 E. 17th St., Ste #F
Santa Ana, CA 92705
Telephone: [714]-617-5868
Email Address: jbakhoslaw@yahoo.com
**Attorney for plaintiff**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM GHADIRI, | Case No.: 4:20-CV-01798-KAW |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF THE ENTIRE CASE** |
| vs. | |
| FAT FISH, a business entity; FAT FISH, INC., a corporation; SANG S TR, a trust; SANDRA S NAM TR, a trust, | |
| Defendants | |

Plaintiff ADAM GHADIRI ("Plaintiff") TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: Plaintiff in this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this entire case. Such dismissal shall be with prejudice, with each side to bear its own costs and fees.

Dated: 08-20-2020

Joseph Bakhos, Esq.
Attorney for Plaintiff

---

**NOTICE OF VOLUNTARY DISMISSAL**

- 1 -